UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROGELIO DOMINGO,

        Plaintiff(s),

v.

CITIBANK,

        Defendant(s).

No. C 08-05647 WDB

ORDER APPROVING NOTICE OF DISMISSAL OF DEFENDANT NORTHLAND GROUP, INC.

TO ALL PARTIES AND COUNSEL OF RECORD:

On January 12, 2009, Plaintiff filed a Notice of Dismissal Without Prejudice only as to Northland Group, Inc., pursuant to FRCP 41(A)(1)(i): the Court honors this Dismissal as timely and appropriately filed under the law, and accords it priority over the later-filed Declination of Northland Group, Inc. (upon which this Court need take no present action).

IT IS SO ORDERED.

Dated: January 13, 2009

WAYNE D. BRAZIL
United States Magistrate Judge

1